# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| V.V. and E.Q., individually and as next friends to minor C.O.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., formally known as FACEBOOK, INC.; SNAP, INC.; SNAPCHAT, LLC; REGINALD SHARP; and EDDIE RODRIGUEZ,<br><br>    Defendants. | Case No. 3:23-cv-00284<br><br>**CONSENT OF SNAP INC. AND SNAP LLC TO REMOVAL**<br><br><br>March 2, 2023 |

## CONSENT OF SNAP INC. AND SNAP LLC TO REMOVAL

Defendants Snap Inc. and Snap LLC, which is incorrectly named as Snapchat LLC in the complaint, consent to removal of the above-captioned case to federal court.

RESPECTFULLY SUBMITTED,

Defendants Snap Inc. and Snap LLC

By: */s/ James O. Craven*

James O. Craven (ct18790)
WIGGIN & DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4361
F: 203-782-2889
jcraven@wiggin.com

1

## **CERTIFICATION**

This is to certify that on March 2, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. It was served by mail on the plaintiffs as follows:

Michael R. Kennedy, Esq.
Brendan K. Nelligan, Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511

Matthew P. Bergman
Laura Marquez-Garrett
Glenn Draper
Social Media Victims Law Center
821 Second Avenue, Suite 2100
Seattle, WA 98104

Patrick M. Noonan
Donahue, Durham & Noonan
Concept Park
741 Boston Post Road
Guilford, CT 06437

/s/ James O. Craven
James O. Craven (ct18790)

32490\1\4873-7034-9652.v1